STATE OF NEVADA   )
                  ) ss:
COUNTY OF CLARK   )

## AFFIDAVIT OF BRENDA DAVIS

I Brenda Davis, after being duly sworn under penalties of perjury, deposes and says:

1. My name is Brenda Davis and I have personal knowledge of the matters described in this affidavit. I gave a deposition in this case, Padilla v. Hunter Douglas, et al., on May 21, 2010, in my daughter Mindy Roberts' office at 8329 West Sunset Road, Suite 2010, Las Vegas Nevada.

2. At the time of my deposition I was asked several questions by the attorneys about a window blind that I purchased and installed in my granddaughter (Megan's) room.

3. When I gave my deposition on May 21, 2010, I was not asked if at the time I purchased the Hunter Douglas blind at issue in this case, I had requested that the nylon cord and the chain for the blind in my granddaughter's room had to be of a specific length.

4. However, before I purchased the Hunter Douglas blind that I installed in Megan's room, I had previously purchased window blinds for installation in other people's homes. Some of the blinds that I ordered for those people were also fitted with nylon and chain cords. However, not once, was I ever asked to specify what the length of the nylon cord or the metal chain should be.

5. It was my understanding that at the time I ordered the Hunter Douglas blind for my granddaughter's room the length of the nylon cord and the chain was standard, and that the length of the cord and the metal chain was determined by the manufacturer.

6. At the time when I purchased the Hunter Douglas vertical blind, which I subsequently helped install in my granddaughter's (Megan) room, I was not made aware, and no one told me, that I had the option of choosing a vertical blind with a wand instead of the cords.

7. Because the vertical blind was going to be installed in a child's room, if I had been given that option of a vertical blind without cords, for safety reasons, I would have chosen to purchase a vertical blind that could be operated with a wand.

Affiant Further Sayeth Noth.

*Brenda Davis*

Brenda Davis
67 Vista del Mar
Henderson, Nevada 89012
(702)558-0708

SUBSCRIBED and SWORN TO before me
This __13th__ day of February, 2011

*Regina Jackson*
NOTARY PUBLIC

REGINA JACKSON
Notary Public, State of Nevada
Appointment No. 07-4646-1
My Appt. Expires Aug. 23, 2011