JOSE MAXIMILIAN PADILLA                    FEBRUARY 10, 2010

33

1        A.    Yes.
2        Q.    And then the windows that the blinds
3    were on that were involved in Max's accident, are
4    they accurately depicted there on the left side?
5        A.    Yes, they are correct.
6        Q.    And then at the bottom of the diagram
7    turned at an angle it looks like there is a taller
8    dresser; is that correct?
9        A.    Yes.
10       Q.    Was there any other permanent
11   furniture in Max's bedroom other than what is
12   shown in this diagram on the day of his accident?
13       THE INTERPRETER:  Pardon me?  Can you
14   repeat that.
15   BY MR. WILLIAMS:
16       Q.    Was there any other furniture that
17   was permanently in this room on the day of his
18   accident?
19       A.    There was a T.V. on the corner, and
20   there was a lamp there.
21       Q.    A lamp on the --
22       A.    On that table.
23       Q.    On the end table closest to the
24   window?



Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

JOSE MAXIMILIAN PADILLA                            FEBRUARY 10, 2010

34

1        A.     On the end table close to the window,
2    yes.
3        Q.     Was there a DVD player with the
4    television on the dresser?
5        A.     Yes.  It was integrated with the T.V.
6        Q.     Did Max when he would watch a DVD of
7    Spiderman or Kars or something like that, would he
8    usually do that in his bedroom or was the family
9    in some other room?
10       A.     He was sometimes alone, sometimes
11   with me.  I would go -- I, meaning him, would go
12   to the bed and watch together with him.
13       Q.     Okay.  Now, I need to show you some
14   photos.
15              I know this is a part that will be
16   difficult, but let's hand them to you and get
17   started; and for the record, I am referring to the
18   photographs that were marked previously as Exhibit
19   3-A through 3-N as in Nancy.
20              And I have extra copies if anyone
21   needs them, Arturo.
22       MR. JAUREGUI:  Okay.
23   BY MR. WILLIAMS:
24       Q.     Mr. Padilla, I am handing you a set



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

JOSE MAXIMILIAN PADILLA                        FEBRUARY 10, 2010

                                85
1        MR. MAHONEY:  Was the answer completed?
2               Can you read back the last question
3    and answer, please.
4                    (WHEREUPON, the record was read
5                     by the reporter.)
6    BY MR. MAHONEY:
7        Q.   Mr. Padilla, how high was the DVD
8    section of the T.V. off the ground in Max's room?
9        A.   Like that.  I used to put the movies
10   because he could not reach.
11       Q.   I just want to make sure.
12            What you showed us was about your
13   shoulder height as you are seated.
14            Was that about four feet off the
15   ground?
16       A.   I need to stand up.
17       Q.   That is fine.  All I want to do is
18   ask you, can you estimate how many feet it was
19   from the ground to the DVD section of the T.V.?
20       MR. JAUREGUI:  Can you please instruct him
21   that if he has a good faith estimate, fine.
22   Otherwise, I don't want him guessing.
23   BY THE WITNESS:
24       A.   He says that the dresser has about



Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com