```
 1        Q    Okay.  But you don't know for sure whether they
 2   were from the same company or not?
 3        A    No, I don't know for sure.
 4        Q    All right.  The window blind for Megan's room
 5   and the window blind -- strike that.  Aside from the
 6   window blind for Megan's room and the window blind for
 7   the living room, did you purchase any other window
 8   blinds for your daughter's house?
 9        A    I'm not sure.  I'm not sure.
10        Q    Do you have any memory one way or the other as
11   to whether or not the head railing of the window blind
12   for Megan's room had any warnings?  Did it contain any
13   labels of any type that would have been attached to the
14   headboard of the window blind?
15        A    Most of them did.  Yeah, I think all of them
16   did have warnings.
17        Q    All right.  As you sit here today, do you know
18   whether or not -- do you recall specifically seeing any
19   warnings for the window blind in Megan's room?
20        A    Well, usually when they shipped them, they had
21   a -- if it wasn't on the track itself, there was like a
22   piece of cardboard on the actual cord.
23        Q    And what would the -- can you describe the
24   piece of cardboard?
25        A    You know, it could be hazardous to children
```

```
                                                                  21
 1    and --
 2          Q    Okay.  And where would this information be?
 3          A    You know, it would have like a little hole
 4    punched in it, and the cord would be through that.
 5          Q    So that you recall seeing some warnings
 6    attached to window blinds to the window blind cords?
 7          A    Uh-huh.
 8          Q    Yes?
 9          A    Yes.  That's how they usually shipped.
10          Q    All right.  And do you know one way or the
11    other as you sit here today whether there were any such
12    warnings that would have been on this window blind on
13    the window blind cords?
14          A    I can't say, no.  I can't say exactly
15    because --
16          Q    Now, if -- I take it, that -- well, strike
17    that.
18               If the window blinds that you installed --
19          A    Yes.
20          Q    -- for customers and friends, if any of those
21    window blinds had labels attached to the headboard or
22    warnings, would you remove those labels or would you
23    leave them there?
24          A    Well, it would depend on where the label was.
25    You know, if it's on the cord, you would take it off.
```