21

1  BY MR. JAUREGUI:
2      Q    Now, at the time when your mom purchased the
3  mini-blind for Megan's room and the blind for the living
4  room, do you know -- was she living with you?
5      A    No.
6      Q    Where was she living at?
7      A    At her home.
8      Q    Do you recall her address at the time?
9      A    I think it's 8923 West 174th Street, Tinley
10 Park.
11     Q    After the mini-blind was installed at your
12 house and the blind for the living room, did you ever
13 receive any information from Hunter Douglas regarding
14 the safety or relating to the safety of window blind
15 cords and the dangers that they present to young
16 children?
17     A    Like, in the mail?
18     Q    Yes.
19     A    No.
20     Q    Do you know who the Window Covering
21 Manufacturers Association is, what kind of organization
22 or entities?
23     A    No.
24     Q    Have you ever heard of them?
25     A    No.