## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILILNOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| JOSE M. PADILLA, as the Special Administrator of the Estate of Maximilian Padilla, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 09 CV 1222 |
| HUNTER DOUGLAS WINDOW COVERINGS, INC.; WINDOW COVERING MANUFACTURERS ASSOCIATION; AND WINDOW COVERING SAFETY COUNCIL, | ) ) ) ) ) ) | Judge John Z. Lee |
| Defendants. | ) | |

## **ORDER**

Having reviewed the parties' *Daubert* motions and the numerous briefs and accompanying exhibits related thereto, the Court believes that a hearing would assist the Court in considering these motions. Accordingly, the Court sets the following hearing schedule. On 8/20/13, starting at 10:00 a.m., the Court will hear arguments as to Defendant's *Daubert* motions. First, the Court will address Defendant's motion as to Robert Wright. Mr. Wright should be present and made available for *voir dire* by the parties as to the issues raised in the motion. The parties will be given an opportunity to examine the expert and present arguments. The Court then will hear arguments regarding Defendant's motion as to Stuart Stalter. Mr. Stalter need not be present. On 8/21/13, starting at 10:00 a.m., the Court will hear arguments as to Plaintiff's *Daubert* motions. First, the Court will address Plaintiff's motion as Joseph Sala. Mr. Sala should be present and made available for *voir dire* by the parties as to the issues raised in the motion. The parties will be given an opportunity to examine the expert and present arguments. The Court then will hear arguments regarding Plaintiff's motion as to Rose Ray. Ms. Ray need not be present. An agenda for the two days is attached. The pretrial conference previously set for Thursday, 8/15/13, and the trial date of 8/19/13 are stricken. A revised trial schedule will be set on 8/21/13.

8/8/13

# AGENDA

## August 20, 2013

Defendant's Motion as to Robert Wright:

| | |
|---|---|
| Plaintiff's voir dire of witness | 60 minutes |
| Defendant's voir dire of witness | 60 minutes |
| Plaintiff's re-direct | 10 minutes |
| Defendant's argument | 20 minutes |
| Plaintiff's argument | 20 minutes |
| Defendant's rebuttal | 5 minutes |

Defendant's Motion as to Stuart Stalter:

| | |
|---|---|
| Defendant's argument | 30 minutes |
| Plaintiff's argument | 30 minutes |
| Defendant's rebuttal | 5 minutes |

## August 21, 2013

Plaintiff's motion as to Joseph Sala:

| | |
|---|---|
| Defendant's voir dire of witness | 60 minutes |
| Plaintiff's voir dire of witness | 60 minutes |
| Defendant's re-direct | 10 minutes |
| Plaintiff's argument | 20 minutes |
| Defendant's argument | 20 minutes |
| Plaintiff's rebuttal | 5 minutes |

Plaintiff's Motion as to Rose Ray:

| | |
|---|---|
| Plaintiff's argument | 30 minutes |
| Defendant's argument | 30 minutes |
| Plaintiff's rebuttal | 5 minutes |