IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| JOSE M. PADILLA, as the Special Administrator of the Estate of MAXIMILIAN PADILLA, | ) ) ) ) | |
| Plaintiff, | ) ) | Case No. 09 CV 1222 |
| v. | ) ) | Judge John Z. Lee |
| HUNTER DOUGLAS WINDOW COVERINGS, INC., | ) ) ) | |
| Defendant. | ) | |

**STIPULATION OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff Jose M. Padilla, as the Special Administrator of the Estate of Maximilian Padilla, and Defendant Hunter Douglas Window Coverings, Inc. jointly submit this stipulation of dismissal with prejudice of all claims, which were or could have been alleged, against Defendant Hunter Douglas Window Coverings, Inc. and with each party to bear its own costs, expenses, and attorneys' fees.

Respectfully submitted,                              Respectfully submitted,

By: /s/ Arturo Jauregui (with permission)            By: /s/ Jeffrey R. Williams
    Arturo Jauregui                                         Jeffrey R. Williams
    Jauregui & Associates                                    Schiff Hardin LLP
    120 West Madison Street                                  One Market
    Suite 400                                                Spear Street Tower, 32nd Floor
    Chicago, Illinois 60602                                  San Francisco, California 94105
    Telephone: (312) 781-9103                                Telephone: (415) 901-8763
                                                             Facsimile: (415) 901-8701

*Attorney for Plaintiff Jose M. Padilla, as*         *Attorney for Defendant Hunter Douglas*
*the Special Administrator of the Estate of*         *Window Coverings, Inc.*
*Maximilian Padilla*

## **CERTIFICATE OF SERVICE**

The undersigned attorney certifies on March 26, 2014, these papers were filed with the Clerk of the Court for the United States District Court for the Northern District of Illinois using the CM/ECF system, which will send notification of such filing upon all parties who have appeared.

/s/ Brian O. Watson

34320-0001
CH2\14396638.1

Case: 1:09-cv-01222 Document #: 214 Filed: 03/26/14 Page 2 of 2 PageID #:4772